IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SHIRLEY J. BRINKLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:10-CV-00274-SOW |
| | § | |
| PFIZER, INC., | § | |
| WYETH, LLC f/k/a WYETH, INC., | § | |
| SCHWARZ PHARMA, INC., and | § | |
| PLIVA, INC. f/k/a SIDMAK | § | |
| LABORATORIES, INC., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Shirley J. Brinkley has agreed to dismiss this cause of action without prejudice as to Plaintiff's claims against Defendants Pfizer Inc., Wyeth LLC (f/k/a Wyeth, Inc.), and Schwarz Pharma, Inc. n/k/a UCB, Inc., (collectively "Brand Defendants"). Brand Defendants do not object to the dismissal of this cause of action without prejudice, subject to the following conditions:

1. Plaintiff agrees that, in the event she re-files a lawsuit against any or all of the Brand Defendants that concerns or relates to the subject matter of this action, such lawsuit shall be filed in the United States District Court for the Western District of Missouri.

2. Plaintiff further agrees that in the event she re-files such lawsuit, any discovery that has taken place in this action can be used in any such lawsuit re-filed by Plaintiff.

3. Brand Defendants agree that in the event Plaintiff re-files such lawsuit, Brand Defendants will not move to dismiss the re-filed case pursuant to the "two-dismissal rule" of Fed. R. Civ. P. 41(a).

4. Brand Defendants reserve all other defenses that they may have to such lawsuit.

1

Plaintiff agrees to the above conditions and wishes to dismiss her claims against Brand Defendants in the instant lawsuit without prejudice to re-filing. There are no counter-claims or third-party claims. Nothing in this Joint Motion shall constitute a waiver of any rights or defenses the Brand Defendants may have in any litigation that concerns or relates to the subject matter of this action.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff against Brand Defendants in the above-styled lawsuit without prejudice to re-filing, subject to the conditions stated above.

HEPLERBROOM LLC

By: /s/ Gerard T. Noce
Gerard T. Noce, #27636MO
gtn@heplerbroom.com
Larry E. Hepler, #21753MO
leh@heplerbroom.com
Beth A. Bauer, #49981MO
bab@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO 63102
314/241-6160/Fax: 314/241-6116

Counsel for Defendants Pfizer Inc., Wyeth LLC (f/k/a Wyeth Inc.), and Schwarz Pharma, Inc.

By: /s/ J. Scott Bertram

J. Scott Bertram
Benjamin A. Bertram
Bertram & Graf, L.L.C.
4717 Grand Avenue, Suite 800
Kansas City, MO 64112
Phone: 816/523-8258
jsbertram@bertramgraf.com
benbertram@bertramgraf.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2013, I electronically filed this Joint Motion to Dismiss without Prejudice with the Clerk of Court using the Court's CM/ECF system, which sent notification of such filing to the attorneys of record herein.

Gerald T. Noce
Larry E. Hepler
Beth A. Bauer
HeplerBroom LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
gtn@heplerbroom.com
leh@heplerbroom.com
bab@heplerbroom.com

**Counsel for Defendants Pfizer, Inc., Wyeth LLC (f/k/a Wyeth Inc.), and Schwarz Pharma, Inc.**

David M. Peterson/ Nicholas S. Clevenger
Peterson & Associates, PC
Park Plaza Building
801 W. 47th St., Suite 107
Kansas City, MO 64112
nsc@petersonlawfirm.com
dmp@petersonlawfirm.com

Daniel J. McGlynn
Terrence J. Donahue, Jr.
McGlynn Glisson Mouton, APLC
340 Florida Street
Baton Rouge, LA 70802-1909
Danny@mcglynnglisson.com

**Attorneys for Plaintiff**

_/s/ J. Scott Bertram_