IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY J. BRINKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 10-0274-CV-W-SOW |
| | ) | |
| PFIZER, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Joint Motion to Dismiss Without Prejudice (Doc. #96). Plaintiff has agreed to dismiss her claims against defendants Pfizer Inc., Wyeth LLC, and Schwarz Pharma, Inc. without prejudice.

Accordingly, it is hereby

ORDERED that the above-captioned case is dismissed *without* prejudice.


 /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: October 25, 2013